RECEIVED

JAN 2 7 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DONALD RUNNELS | CIVIL ACTION NO. 2:13-cv-101 |
| VERSUS | JUDGE WALTER |
| WARDEN, AVOYELLES MARKSVILLE DETENTION CENTER | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 27 day of February, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE